# Exhibit 1

10/16/2020, Case 1:20-cv-05427-KPF  Document 24-1  Filed 10/16/20  Page 2 of 3

Sakin-law Mail - Molesphini et al. v. Giordano et al., 1:20-cv-05427-KPF, S.D.N.Y.



Alexander Sakin <alex@sakin-law.com>

## Molesphini et al. v. Giordano et al., 1:20-cv-05427-KPF, S.D.N.Y.
1 message

**Alexander Sakin** <alex@sakin-law.com>  
To: giordano3.anthony@gmail.com

Fri, Oct 16, 2020 at 2:05 PM

To Anthony Giordano --

Please see the attached.

Alexander Sakin  
**Law Office of Alexander Sakin, LLC**  
80 Broad St., Suite 703  
New York, NY 10004  
646.790.3108

**2 attachments**

 **Giordano - Summons and Complaint .pdf**  
710K

 **Order Granting M for Substituted Service .pdf**  
248K

10/16/2020, Sakin Law Mail - Molesphini et al. v. Giordano et al., 1:20-cv-05427-KPF, S.D.N.Y.

Case 1:20-cv-05427-KPF   Document 24-1   Filed 10/16/20   Page 3 of 3



**Alexander Sakin <alex@sakin-law.com>**

## Molesphini et al. v. Giordano et al., 1:20-cv-05427-KPF, S.D.N.Y.
1 message

**Alexander Sakin** <alex@sakin-law.com>  Fri, Oct 16, 2020 at 2:08 PM
To: ag@nrfcorp.com

To Anthony Giordano --

Please see the attached.

Alexander Sakin
**Law Office of Alexander Sakin, LLC**
80 Broad St., Suite 703
New York, NY 10004
646.790.3108

---

**2 attachments**

 **Giordano - Summons and Complaint .pdf**
710K

 **Order Granting M for Substituted Service .pdf**
248K