UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---

CRAIG MOLESPHINI on behalf of himself and derivatively on behalf of NUE-TRITION WEIGHT MANAGEMENT, LLC, and ELEPHANT ENTERTAINMENT INC., individually

    Plaintiffs,

- against -

ANTHONY GIORDANO, NÜE RESOURCE FINANCIAL CORP., and NÜE RESOURCE FUNDING, LLC

    Defendants,

    -and-

NUE-TRITION WEIGHT MANAGEMENT, LLC,

    Nominal Defendant.

Case No. 1:20-cv-05427 (KPF)

**NOTICE OF MOTION**

---

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the declaration in support, all exhibits thereto, and all prior pleadings and proceedings herein, Plaintiff, by his attorneys, will move this Court before the Honorable Katherine Polk Failla, United States District Judge, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, at such time to be set by the Court, for an Order ordering the lifting of the stay in place in this matter.

Dated: October 16, 2024
New York, NY

                     LAW OFFICE OF ALEXANDER SAKIN, LLC

                     /s/ Alexander Sakin
                     _____
                     Alexander Sakin, Esq.
                     5 West 37th St., Ste. 601
                     New York, NY 10018
                     (917) 509-7573
                     *Attorney for Plaintiffs*

```
Seeing no opposition to Plaintiff's second motion to lift the stay
in this action (Dkt. #41), the Court hereby GRANTS the motion and
lifts the stay.

The parties are hereby ORDERED to file a joint status letter on or
before November 14, 2024.

In lifting the stay, the Court takes no position regarding the
records that Plaintiff is seeking.

The Clerk of Court is directed to terminate the pending motion at
docket entry 41.

Dated:     October 24, 2024         SO ORDERED.
           New York, New York
```

                                               *[signature]*

                                               HON. KATHERINE POLK FAILLA
                                               UNITED STATES DISTRICT JUDGE