# JORDAN D. GLASS, P.C.

124 RANDOLPH ROAD, WHITE PLAINS, NEW YORK  10607 • 914.584.5022 • JGLASS1@GMAIL.COM

January 6, 2025



VIA ECF with cc:  failla_nysdchambers@nysd.uscourts.gov  (One page)

Hon. Katherine Polk Failla
United States Courthouse
40 Foley Square
New York, New York  10007

      Re:     Sealing Request re: Dkt. 94-1
              *Molesphini, et al., v. Giordano*, 1:20-cv-05427 (KPF)

Your Honor:

This office represents the Defendant in the above titled action.  As explained herein, I seek the sealing of ECF Dkt. 94-1.  I ECF-filed document 94 and its Exhibits without redacting certain permissively redactable sensitive information.  Pursuant to this Court's Rule 9 and its subparts, Defendant requests the permanent sealing of ECF Dkt. 94-1.

This Court's Rule 9A states in pertinent part that, per "Federal Rule of Civil Procedure 5.2 ... [] [p]arties may also, without prior Court approval, redact from their public filings the six categories of information requiring caution described in the Privacy Policy."  I seek the Court's approval to seal Exhibit 94-1 as it contains two of the six permissive categories and other sensitive information.

I have submitted to the Court the native, highlighted, and redacted versions of the document for its consideration.  The purpose for the sealing is the sensitive nature of the disclosures and their relevance to the entirety of the document regarding a person no longer associated with the case.

This request is not made for any improper or illegal purpose, nor for purposes of delay; thus, I request that Dkt. 94-1 be sealed.  I remain,

              Respectfully,
              /S ***Jordan Glass***
              Jordan Glass, JG-3690

cc:  Jacob Pechet <Jacob_Pechet@nysd.uscourts.gov>, Alexander Sakin <alex@sakin-law.com>

Application GRANTED.  At Defendant's request, the Court preemptively restricted access to docket entry 94-1.  The Court now confirms that docket entry 94-1 is SEALED, accessible only to the parties and Court. Defendant is directed to file on the docket the proposed redacted version of docket 94-1 that counsel submitted to the Court for approval; the redacted version of this document shall be the publicly-accessible copy.

The Clerk of Court is directed to terminate the pending motion at docket entry 97.

Dated:     January 6, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE